IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1595-AP**

**RONALD J. KIRBY,**

    Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

    Defendant.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

**KANE, J. ORDERS**

The Court has reviewed the Response to Show Cause Order (doc. #8), filed March 10, 2008, and finds that sufficient cause has been shown. The Order to Show Cause (doc. #5) is DISCHARGED. The parties have until March 28, 2008 to submit their Proposed Joint Case Management Plan.

DATED at Denver, Colorado this 11th day of March, 2008.

                BY THE COURT:

                *S/John L. Kane*
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT