IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01595-AP

RONALD KIRBY,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
*AS MODIFIED BY THE COURT - see briefing deadlines*

---

1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

    <u>For Plaintiff:</u>
    K. Machelle Gielarowski
    712 N. Tejon St., Ste. 1
    Colorado Springs, CO 80903
    (719) 264-0729

    <u>For Defendant:</u>

    TROY W. EID
    United States Attorney
    KEVIN TRASKOS
    Assistant United States Attorney

By:    Thomas Krause
    Special Assistant United States Attorney
    Mailing Address:
    1961 Stout St., Ste. 1001A
    Denver, CO 80294

    Street Address:
    1225 Seventeenth St., Ste. 700
    Denver, CO. 80202
    (303) 454-0100
    (303) 454-0404 (facsimile)

Attorney's for the Defendant

2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. DATES OF FILING OF RELEVANT PLEADINGS:

    A. Date Complaint Was Filed: 7/30/07

    B. Date Complaint Was Served on U.S. Attorney's Office: 9/14/07

    C. Date Answer and Administrative Record Were Filed: 11/13/07

4. STATEMENT REGARDING THE ACCURACY OF THE RECORD

    Plaintiff is unable to determine whether the administrative record is adequate or complete until he has finalized his opening brief.
    Defendant, to the best of his knowledge, states that the administrative record is complete and accurate.

5. STATEMENT REGARDING ADDITIONAL EVIDENCE

    Plaintiff does not intend to submit additional evidence.
    Defendant does not intend to submit additional evidence.

6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES.

    Plaintiff, to the best of his knowledge, does not believe the case raises unusual claims or defenses.
    Defendant, to the best of his knowledge, does not believe the case raises unusual claims or defenses.

7. OTHER MATTERS

    Plaintiff has no other matters to bring to the attention of the court.
    Defendant has no other matters to bring to the attention of the court.

8. PROPOSED BRIEFING SCHEDULE

    ***COURT'S NOTE** - given the considerable delay already incurred in this case, the court cannot approve the briefing schedule as submitted.  All dates have been adjusted for briefing to commence 30 days from the date of this order.*

A. Plaintiff's Opening Brief Due: ~~5/12/08~~ **4/21/08 - *JLK***

   B. Defendant's Response Brief Due: ~~6/2/08~~ **5/21/08 - *JLK***

   C. Plaintiff's Reply Brief (If Any) Due: ~~6/16/08~~ **6/5/08 - *JLK***

9. STATEMENTS REGARDING ORAL ARGUMENT

   A. Plaintiff's Statement
   Plaintiff does not request oral argument.

   B. Defendant's Statement.
   Defendant does not request oral argument.

10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B. ( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. OTHER MATTERS

    The parties agree that filing motions for extension of time or continuances will comply with D.C.COLO.LCivR 7.1 C by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorney's of record, and all pro se parties.

12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

    DATED this 21st day of March, 2008.

                                BY THE COURT:

                                *S/John L. Kane*
                                U.S. DISTRICT COURT JUDGE

APPROVED:

S/ K. Machelle Gielarowski                     S/ Thomas Krause
K. Machelle Gielarowski                        Thomas Krause
712 N. Tejon St., Ste. 1
Colorado Springs, CO. 80903                    Mailing Address:
(719) 264-0729                                 1961 Stout St., Ste. 1001A
E-Mail: Giellaw@comcast.net                    Denver, CO 80294
Attorney for Plaintiff
                                               Street Address:
                                               United States Attorney's Office
                                               1225 Seventeenth St., Ste. 700
                                               Denver, CO. 80202
                                               (303) 454-0100
                                               (303) 454-0404 (facsimile)