**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 07-cv-01595-LTB

RONALD J. KIRBY,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____

ORDER
_____

The Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act, Doc 25 - filed July 28, 2008, is **GRANTED**. In consideration thereof, it is

**ORDERED** that Defendant pay to Plaintiff reasonable attorney fees in the amount of $4,330.36.

DATED at Denver, Colorado, this   29th   day of July, 2008

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock
                United States District Judge